UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT NEEDHAM,

        Plaintiff,

v.

        Case Number 04-10149-BC
        Honorable David M. Lawson

THE ROHO GROUP,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTIONS FOR RECONSIDERATION

On August 15, 2005, the defendant filed five motions for summary judgment, which this Court struck from the docket on August 25, 2005 for violating the local rules on page limitations. Also on August 15, 2005, the defendant filed four motions styled as motions *in limine* that challenged the admissibility of expert testimony. The Court denied these motions on August 26, 2005 as filed out of time.

Now before the Court are the defendant's motions for reconsideration of this Court's August 25, 2005 order striking its motions for summary judgment and the August 26, 2005 order denying its motions *in limine* as untimely. The Local Rules of this Court permit a party to file a motion for reconsideration of a ruling within ten days after its entry by the Court. Such a motion will be granted only if the movant identifies a "palpable defect" in this court's disposition of the case. E.D. Mich. LR 7.1(g)(3). A "palpable defect" is a one that is obvious, clear, unmistakable, manifest, or plain. *Fleck v. Titan Tire Corp.,* 177 F. Supp. 2d 605, 624 (E.D. Mich. 2001). Here, the Court will deny the motion because the petitioner has not shown a palpable defect in the Court's order.

Accordingly, it is **ORDERED** that the defendant's motions for reconsideration [dkt ## 102

and 103] are **DENIED**.

                                        s/David M. Lawson  
                                        DAVID M. LAWSON  
                                        United States District Judge

Dated: September 14, 2005

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 14, 2005

                                    s/Tracy A. Jacobs  
                                    TRACY A. JACOBS